IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IN RE: } | |
| } | CASE NO. 17-60555 |
| ROLANDO CAMPOS } | |
| CYNTHIA ANN CAMPOS } | |
| } | |
| (DEBTOR) } | CHAPTER 13 |

**MOTION TO TRANSFER FILING TO THE WESTERN DISTRICT OF TEXAS**
**<u>SAN ANTONIO DIVISION</u>**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING FILED.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE JUDGE OF SAID COURT:

ROLANDO CAMPOS and CYNTHIA ANN CAMPOS, Debtors herein, hereby moves this Honorable Court for an Order under 28 U.S.C. Section 1406, 1412, and Bankruptcy Rule 1014a(2) on Motion to Transfer Filing to the Western District of Texas, San Antonio Division, and in support of this motion shows:

I.

Debtors filed Chapter 13 Bankruptcy on July 17, 2017 electronically. The case was filed in the Waco Division inadvertently. The Debtors have resided in San Antonio, Texas for the last several years and all debt was incurred in San Antonio. The San Antonio Division is the more convenient venue for all parties.

H/Peggy/Transfer Venue - Campos

WHEREFORE Debtor prays that the Court issue an Order to Allow Filing in the Western District of Texas San Antonio Division.

Dated this 18th day of July 2017.

Respectfully submitted,
/S/
JOHNNY W. THOMAS
ATTORNEY FOR DEBTORS
1153 East Commerce
San Antonio, Texas 78205
(210) 226-5888
(210) 226-6085 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2017, a true and correct copy of the Motion to Transfer Filing to the Western District of Texas San Antonio Division has been served by first-class mail on those parties listed below:

Rolando & Cynthia Ann Campos
2719 Roselawn
San Antonio, Texas 78226

US Trustee
903 San Jacinto #230
Austin, TX 78701

ATTACHED CREDITOR MATRIX:

/S/
JOHNNY W. THOMAS