| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-6<br>Case 17-60555-rbk<br>Western District of Texas<br>Waco<br>Tue Jul 18 13:49:19 CDT 2017 | U.S. BANKRUPTCY COURT<br>800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701-1934 | Acadian Ambulance Svc<br>Dept. 842<br>P.O. Box 4115<br>Concord, CA 94524-4115 |
| Account Services Colls<br>1802 NE Loop 410, Ste. 400<br>San Antonio, TX 78217-5298 | BHS Physicians Network, Inc.<br>P.O. Box 840081<br>Dallas, TX 75284-0081 | Baptist ER Hospital<br>P.O. Box 4869, #439<br>Houston, TX 77210-4869 |
| Bexar County<br>c/o Linebarger, et al, Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Bexar Imaging Ctr.<br>P.O. Box 840041<br>Dallas, TX 75284-0041 | Bus & Prof Svc<br>621 N Alamo St.<br>San Antonio, TX 78215-1836 |
| CMRE Financial Svcs Inc.<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821-6753 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>P.O. Box 24696<br>Columbus, OH 43224-0696 |
| Commonwealth Fin.<br>960 N Main Ave.<br>Scranton, PA 18508-2126 | Community Medicine Assoc.<br>P.O. Box 87<br>San Antonio, TX 78291-0087 | Conn's<br>P.O. Box 2358<br>Beaumont, TX 77704-2358 |
| Conn's Credit Corp.<br>3295 College St.<br>Beaumont, TX 77701-4611 | Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 | Financial Control Svs<br>6801 Sanger Ave. Ste 195<br>Waco, TX 76710-7804 |
| Ford Motor Credit<br>P.O. Box 6508<br>Mesa, AZ 85216-6508 | Johnny W. Thomas, Law Offices, P.C.<br>1153 E. Commerce St<br>San Antonio, Texas 78205-3305 | Leading Edge Emergency Physicians, PLLC<br>Baptist ER Hospital<br>P.O. Box 10639<br>Westminster, CA 92685-0639 |
| Lytle ISD<br>c/o Thomas P. Cate<br>P.O. Box 216<br>Lytle, TX 78052-0216 | M&S Assoc. P.A.<br>3200 Wilcrest Dr., Ste. 600<br>Houston, TX 77042-6000 | M&S Radiology<br>P.O. Box 441508<br>Houston, TX 77244-1508 |
| Melissa Lutz Tax Assessor-Collector<br>Medina County<br>1102 15th St.<br>Hondo, TX 78861-1334 | Nco Fin/35<br>P.O. Box 41726<br>Philadelphia, PA 19101 | One Main Financial<br>2342 E. Southcross Blvd.<br>San Antonio, TX 78223-2263 |
| Receivable Recovery Se<br>110 Veterans Blvd.<br>Metairie, LA 70005-3027 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 | SSFCU<br>16211 La Cantera Pkwy<br>San Antonio, TX 78256-2421 |

| | | |
|---|---|---|
| Target<br>P.O. Box 660170<br>Dallas, TX 75266-0170 | United States Trustee - WA12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Cynthia Ann Campos<br>2719 Roselawn<br>San Antonio, TX 78226-1315 |
| G. Ray Hendren<br>3410 Far West Blvd.<br>Ste. 200<br>Austin, TX 78731-3273 | Johnny W. Thomas<br>St Paul Square<br>1153 E Commerce St<br>San Antonio, TX 78205-3305 | Rolando Campos<br>2719 Roselawn<br>San Antonio, TX 78226-1315 |

End of Label Matrix  
Mailable recipients    35  
Bypassed recipients     0  
Total                  35