```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TEXAS
                          AUSTIN DIVISION
```

IN RE:                          }
                                }
ROLANDO CAMPOS                  }   CASE NO. 17-60555
CYNTHIA ANN CAMPOS              }
                                }
   Debtors                      }   CHAPTER 13

**ORDER ON MOTION TO TRANSFER FILING TO THE
<u>WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION</u>**

On this the 18TH day of July, 2017, came on to be considered the Motion to Transfer filing to the Western District of Texas, San Antonio Division.

The Court finds as follows:

The Debtor filed Chapter 13 Bankruptcy on July 17, 2017. The Debtor has been a resident of San Antonio, Texas for more than six months preceding this filing, and the Debtor incurred all debt while a resident of San Antonio, Texas.

H/Peggy/Transfer Order - Campos

And the Court after considering the pleading and evidence of record, is of the opinion that the Debtor's bankruptcy filing should be transferred to the Western District of Texas, San Antonio Division, and it is so ORDERED.

**###**

PREPARED IN THE LAW OFFICE:

_____/s/_____
Johnny W. Thomas
1153 East Commerce
San Antonio, Texas
johnny@johnnythomaslaw.com